1
2
3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

4
5

| | |
|---|---|
| JAMES A. WATSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>GRANT COUNTY, COREY R. LINSCOTT,<br><br>                    Defendants. | NO: 1:15-CV-0026-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Order of Dismissal with Prejudice and without Costs (ECF No. 12). Pursuant to the parties' stipulation, all claims and causes of action against Defendants Grant County and Corey R. Linscott are DISMISSED with prejudice and without costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** with prejudice.

The District Court Clerk shall enter this order, furnish copies to counsel, and **CLOSE** the file.

**DATED** December 10, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL ~ 2